# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ROBERT W. HEATON & PAMELA K. HEATON                    Case Number: 06-71665
6316 JOHN STREET                              SSN-xxx-xx-4101 & xxx-xx-4994
LOVES PARK, IL  61111

|  |  |
|---|---|
| Case filed on: | 9/12/2006 |
| Plan Confirmed on: | 2/5/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,050.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,442.62 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,442.62 | 0.00 |
|  |  |  |  |  |  |
| 999 | ROBERT W. HEATON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | JP MORGAN CHASE BANK NA% CHASE HOME | 1,096.94 | 58.23 | 58.23 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE | 7,140.00 | 7,140.00 | 426.84 | 0.00 |
|  | Total Secured | 8,236.94 | 7,198.23 | 485.07 | 0.00 |
|  |  |  |  |  |  |
| 003 | AFFILIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 1,471.93 | 1,471.93 | 0.00 | 0.00 |
| 005 | BLAINE LAKE DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 59.00 | 59.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CB ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTRAL PA EMERG PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CRAIG / IS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIED BUSINESS ACCOUNTS INC | 1,758.05 | 1,758.05 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 656.00 | 656.00 | 0.00 | 0.00 |
| 013 | LISAS GARAGE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MARY GREELEY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MEDICAL CARE CENTER OF CHESHIRE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD E A S | 729.00 | 729.00 | 0.00 | 0.00 |
| 018 | SUSQUEHANNA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | THE DENTAL GROUP OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AFNI/VERIZON WIRELESS | 385.50 | 385.50 | 0.00 | 0.00 |
|  | Total Unsecured | 5,059.48 | 5,059.48 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 15,996.42 | 14,957.71 | 1,927.69 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $1,927.69 |
| Trustee Allowance: | $122.31 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

___/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                    By  /s/Heather M. Fagan